UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOEL DOBIS,

        Plaintiff,                            Case No. 2:17-cv-00096-GJQ-TPG

    v.

CALUMET, VILLAGE OF,

        Defendant.
_____/

## **CLERK'S NOTICE**

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Matthew John Wojda

RE:  Reply to Response to Motion – #30

REASON FOR NOTICE:  Exhibits or attachments are not identified on their face by number or letter.

RECOMMENDED ACTION:  None.

INFORMATION FOR FUTURE REFERENCE:  Local Civil Rule 5.7(d)(vii) requires that all exhibits and attachments contain on their face a prominent exhibit number or letter. This is particularly helpful to the court should the document be printed.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290-2742 or (616) 456-2206.

                                                      CLERK OF COURT

Dated:  April 6, 2018        By:    /s/ S. Kivela
                                                Deputy Clerk